THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. ALFRED H. FISCHER, PLAINTIFF IN ERROR.

Submitted July 10, 1922—Decided September 22, 1922.

On error to the Supreme Court, whose opinion is reported in 97 *N. J. L.* 34.

For the defendant in error, *John O. Bigelow.*

For the plaintiff in error, *Joseph Randolph Woodruff.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, VAN BUSKIRK, JJ. 12.

*For reversal*—None.